**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**
**APPELLATE DIVISION**

JOHNNY MARTINEZ )
)  D.C. Civ. App. No. 2005-52
    *Appellant,* )
)  Super. Ct. Civ. No. 568/2003
v. )  Super. Ct. Crim. No. F516/1997
)
IVER A. STRIDIRON, ATTORNEY GENERAL )
GOVERNMENT OF THE VIRGIN ISLANDS )
)
    *Appellee.* )
)

**ORDER**

It is hereby **ORDERED** that the Order entered on November 3, 2010, which held that this Court may exercise jurisdiction over this appeal post-remand, and further ordered that the Clerk of the Court reopen this matter, is **VACATED**.

                           FOR THE COURT:

                           Curtis V. Gómez
                           Chief Judge